**Sandra Marixa AGUILAR, Petitioner,**

v.

**Loretta LYNCH, U.S. Attorney General, Respondent.**

No. 14–60741
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 10, 2015.

Matthew Lorn Hoppock, Esq., Dunn & Davison, L.L.C., Kansas City, MO, for Petitioner.

Kristofer Ryan McDonald, Esq., Tangerlia Cox, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, for Respondent.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

Sandra Marixa Aguilar, a native and citizen of El Salvador, petitions this court for review of the decision of the Board of Immigration Appeals dismissing as untimely her appeal of the Immigration Judge's decision denying her request for asylum.

An alien who seeks review of a final order of removal must file a petition with this court "not later than 30 days after the date of the final order of removal." 8 U.S.C. § 1252(b)(1); *see* 28 U.S.C. § 1631. "This deadline is jurisdictional." *Navarro–Miranda v. Ashcroft*, 330 F.3d 672, 676 (5th Cir.2003). Because Aguilar's petition for review was not filed within this time frame, it is DISMISSED for want of jurisdiction.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.